IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>             )<br>        Plaintiff,   )<br>             )<br>vs.          )<br>             )<br>NICOLE JEAN SOLOMON,   )<br>             )<br>        Defendant.   )<br>_____ ) | No. CR-10-70065 LB<br><br>**[PROPOSED]** ORDER VACATING<br>STATUS DATE AND SETTING MATTER<br>ON MAGISTRATE CALENDAR IN<br>CHARGING DISTRICT<br><br>**The Honorable Laurel Beeler** |

GOOD CAUSE APPEARING, IT IS ORDERED that the status hearing date of February 5, 2010 at 10:00 a.m. is vacated.  IT IS FURTHER ORDERED that Ms. Solomon is ordered to appear by 9:00 a.m. on or before February 26, 2010 to the Pretrial and Probation Office for the Middle District of Tennessee at 110 9th Avenue, Room A725, Nashville, Tennessee, 37203.  Ms. Solomon is to appear before the Honorable Cliff Knowles following her meeting with the Pretrial and Probation Office.  Defense counsel is directed to provide Ms. Solomon with a copy of this order.

  February 2, 2010                              /s/ Laurel Beeler
Date                                                 LAUREL BEELER
                                                       United States Magistrate Judge

Stip to vacate date, CR-10-70065 LB                              3