BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
510-637-3500 (phone)
510-637-3507 (fax)

Counsel for Defendant SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-70065 LB |
| Plaintiff, | **[PROPOSED] ORDER DIRECTING UNITED STATES MARSHAL TO PROVIDE NON-CUSTODIAL AIR TRANSPORTATION FOR APPEARANCE IN ANOTHER JUDICIAL DISTRICT** |
| vs. | |
| NICOLE JEAN SOLOMON, | |
| Defendant. | **The Honorable Laurel Beeler** |

Defendant Nicole Jean Solomon was ordered to appear before the Honorable Cliff Knowles in the United States District Court for the Middle District of Tennessee, Nashville Division, on or before February 26, 2010, case number 3:10-00019. Pursuant to 18 U.S.C. §4285, the Court finds that Ms. Solomon is financially unable to provide the necessary transportation to appear as ordered on her own. For this reason, the Court directs the United States Marshal Service to provide Ms. Solomon with one-way, non-custodial airfare to Nashville, Tennessee before February 26, 2010.

  February 3, 2010                        /s/ Laurel Beeler
Date                                                      LAUREL BEELER
                                                              United States Magistrate Judge