BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
510-637-3500 (phone)
510-637-3507 (fax)

Counsel for Defendant SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-70065 LB |
| Plaintiff, | [PROPOSED] ORDER DIRECTING UNITED STATES MARSHAL TO PROVIDE SUBSISTENCE EXPENSES FOR APPEARANCE IN ANOTHER JUDICIAL DISTRICT |
| vs. | |
| NICOLE JEAN SOLOMON, | |
| Defendant. | **The Honorable Laurel Beeler** |

    Defendant Nicole Jean Solomon was ordered to appear before the Honorable Cliff Knowles in the United States District Court for the Middle District of Tennessee, Nashville Division, on or before February 26, 2010, case number 3:10-00019. Pursuant to 18 U.S.C. § 4285, the Court finds that Ms. Solomon is financially unable to provide the necessary transportation to appear as ordered on her own. For this reason, the Court directs the United States marshal to provide Ms. Solomon with $185.00 for subsistence expenses, which is the current per diem rate for Nashville, Tennessee.

February 17, 2010
Date

_____
LAUREL BEELER
United States Magistrate Judge