BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
510-637-3500 (phone)
510-637-3507 (fax)

Counsel for Defendant SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NICOLE JEAN SOLOMON, ) <br> ) <br> Defendant. ) <br> ) | No. CR-10-70065 LB <br><br> **[PROPOSED] REVISED ORDER DIRECTING UNITED STATES MARSHAL TO PROVIDE SUBSISTENCE EXPENSES FOR APPEARANCE IN ANOTHER JUDICIAL DISTRICT** <br><br> **The Honorable Laurel Beeler** |

    Defendant Nicole Jean Solomon was ordered to appear before the Honorable Cliff Knowles in the United States District Court for the Middle District of Tennessee, Nashville Division, on or before February 26, 2010, case number 3:10-00019.  Pursuant to 18 U.S.C. § 4285, the Court finds that Ms. Solomon is financially unable to provide the necessary transportation to appear as ordered on her own.  For this reason, the Court directs the United States marshal to provide Ms. Solomon with $45.75 for subsistence expenses, which is three quarters of the current per diem rate for Oakland, California.

| | |
|---|---|
| February 19, 2010 | /s/ Laurel Beeler |
| Date | LAUREL BEELER <br> United States Magistrate Judge |